IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RUBEN EDWARD MORA,** | Case No. 2:20-cv-0746-EFB (PC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **H. WILLIAMS, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion for an extension of time to file a responsive pleading is **GRANTED**.  Defendant may file a responsive pleading on or before **September 21, 2020.**  The Clerk is directed to terminate ECF No. 14.

Dated:  August 31, 2020.

_____
The Honorable Edmund F. Brennan