IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| RUBEN EDWARD MORA,<br><br>                              Plaintiff,<br><br>          v.<br><br>H. WILLIAMS, et al.,<br><br>                              Defendants. | Case No. 2:20-cv-00746-KJM-JDP (PC)<br><br>[PROPOSED] ORDER |

The Court has considered Defendants' request for a twenty-one-day extension of time to file an opposition to Plaintiff's motion for summary judgment. Good cause appearing for this request, the Defendants shall have until August 11, 2021, to file an opposition to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:    July 8, 2021                          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE